785 F.2d 896
 The STEWART ORGANIZATION, INC., a corporation; Walter H.
Stewart, and James S. Snow, Jr., Plaintiffs-Appellees,
v.
RICOH CORPORATION, a corporation, Ricoh of America, Inc., a
corporation, Defendants-Appellants.
 No. 85-7231.
 United States Court of Appeals,
Eleventh Circuit.
 March 14, 1986.
 
 Ralph H. Yeilding, Bradley, Arant, Rose & White, Scott M. Phelps, Birmingham, Ala., for defendants-appellants.
 Joseph W. Letzer, Thomas, Taliaferro, Forman, Burr & Murray, Janet L. Humphreys, Birmingham, Ala., for plaintiffs-appellees.
 Appeal from the United States District Court for the Northern District of Alabama.
 ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
 (Opinion January 10, 1986, 11th Cir., 1986, 779 F.2d 643)
 Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON and CLARK, Circuit Judges and TUTTLE, Senior Circuit Judge.*
 BY THE COURT:
 A member of this Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,
 IT IS ORDERED that the cause shall be reheard by this Court en banc with oral argument on a date hereafter to be fixed. The previous panel's opinion is hereby VACATED.
 
 
 1
 The Clerk will specify a briefing schedule for the filing of en banc briefs.
 
 
 
 *
 Senior Circuit Judge Elbert P. Tuttle has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. 46(c)